FILED - USDC -NH
2025 JAN 31 AM 11:59

Keith Robertson
Reg. No. 01609-509
FCI Otisville
P.O. Box 1000
Otisville, NY   10963

Honorable Paul J. Barbadoro
United States District Court
55 Pleasant Street
Room #110
Concord, NH   03301

January 20, 2025

Re: Case No. 20-Cr-59-01-PB

Dear Judge Barbadoro,

I am writing to respectfully request the appointment of counsel for the purposes of filing a motion pursuant to 28 U.S.C. §2241.

The reason for this motion is to correct my First Step Act Time Credit calculation. These credits should have began while I was in custody and after my sentencing before you. The B.O.P. delayed implementing these time credits in violation of the FSA law.

Thank you for your time and consideration. I look forward to hearing back from you. As I do not have internet access, please mail all correspondences to me at the above address.

Respectfully Yours,

Keith Robertson

⇔01609-509⇔
Keith Robertson
Camp 01609-509
PO BOX 1000
Otisville, NY 10963
United States

WESTCHESTER NY 105

21 JAN 2025 PM 4 L



UNITED STATES DISTRICT COURT
   ATTN: HONORABLE PAUL J. BARBADORO
   55 PLEASANT ST   RM #110
   CONCORD NH   03301-3941

03301-394135